FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 2 5 2025
KHS
MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>**LORENZO WRIGHT, a.k.a. "Kodak,"**<br><br>    Defendant. | CRIMINAL NO. 25-CR-2302 KWR<br><br>Count 1: 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi): Possession with Intent to Distribute 400 Grams and More of Fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide);<br><br>Count 2: 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii): Possession with Intent to Distribute 50 Grams and More of Methamphetamine;<br><br>Count 3: 18 U.S.C. § 924(c)(1)(A)(i): Using and Carrying a Firearm During and in Relation to a Drug Trafficking Crime, and Possessing a Firearm in Furtherance of Such Crime;<br><br>Count 4: 18 U.S.C. §§ 922(g)(1) and 924: Felon in Possession of a Firearm and Ammunition. |

INDICTMENT

The Grand Jury charges:

Count 1

On or about February 11, 2025, in Bernalillo County, in the District of New Mexico, the defendant, **LORENZO WRIGHT, a.k.a. "Kodak,"** unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved 400 grams and more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi).

Count 2

On or about February 11, 2025, in Bernalillo County, in the District of New Mexico, the defendant, **LORENZO WRIGHT, a.k.a. "Kodak,"** unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved 50 grams and more of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii).

Count 3

On or about February 11, 2025, in Bernalillo County, in the District of New Mexico, the defendant, **LORENZO WRIGHT, a.k.a. "Kodak,"** during and in relation to a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, specifically, possession with intent to distribute fentanyl as charged in Count 1 of this indictment and possession with intent to distribute methamphetamine as charged in Count 2 of this indictment, knowingly used and carried a firearm, and in furtherance of such crime, possessed said firearm.

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

Count 4

On or about February 11, 2025, in Bernalillo County, in the District of New Mexico, the defendant, **LORENZO WRIGHT, a.k.a. "Kodak,"** knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically:

1)      obtaining controlled substances by fraud; and

2)      receipt, transportation or possession of a firearm or destructive device by a felon, knowingly possessed a firearm and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

## FORFEITURE ALLEGATIONS

Upon conviction of any offense in violation of 21 U.S.C. § 841, the defendant, **LORENZO WRIGHT**, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses. The property to be forfeited includes, but is not limited to:

    a. a Palmetto Dagger Micro 9mm handgun bearing S/N JD907094;

    b. a Taurus Arms .38 special revolver bearing S/N ABK074622;

    c. a L.W. SEECAMP .32 ACP handgun bearing S/N 053752;

    d. 23 rounds PMC .32 auto ammunition;

    e. 10 rounds 7.65x17mm IK 03 ammunition;

    f. 6 rounds Federal .38 Special ammunition;

    g. 13 rounds 9mm FC ammunition; and

    h. $7,067.00 United States Currency.

Upon conviction of any offense in violation of 18 U.S.C. §§ 922(g) or 924(c), the defendant, **LORENZO WRIGHT**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

    a. a Palmetto Dagger Micro 9mm handgun bearing S/N JD907094;

    b. a Taurus Arms .38 special revolver bearing S/N ABK074622; and

    c. a L.W. SEECAMP .32 ACP handgun bearing S/N 053752;

    d. 23 rounds PMC .32 auto ammunition;

e. 10 rounds 7.65x17mm IK 03 ammunition;

f. 6 rounds Federal .38 Special ammunition; and

g. 13 rounds 9mm FC ammunition.

A TRUE BILL:

/S/

FOREPERSON OF THE GRAND JURY

*[signature]*
Assistant United States Attorney